# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBIRJON BATUROV BOKHODUROVICH,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | Case No. 1:26-cv-00006-KES-EPG-HC<br><br>ORDER DIRECTING PETITIONER TO FILE RESPONSE TO RESPONDENT'S REQUEST FOR EXTENSION OF TIME<br><br>ORDER STAYING JOINT STATEMENT DEADLINE |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 8, 2026, the Court granted Petitioner's motion for preliminary injunction and ordered Petitioner released. (ECF No. 13.) The matter was referred to the undersigned "for further proceedings including the preparation of findings and recommendations on the petition or other appropriate action." (Id. at 2.) On January 9, 2026, the Court ordered the parties to meet and confer and submit a joint statement regarding case management within seven days. (ECF No. 14.)

On January 14, 2026, Respondent filed the following request:

> Respondents are in receipt of this Court's order to meet and confer and file a joint briefing schedule, but respectfully request a 180-day deadline to comply with that order. The purpose of this lengthy delay is to allow Respondents time to present informed briefing in a rapidly-evolving area of the law, where appeals are currently

pending in the Ninth Circuit that are likely to have precedential effect on current immigration habeas litigation, including this case.

(ECF No. 15.)

IT IS HEREBY ORDERED that Petitioner SHALL file a response to Respondents' request (ECF No. 15) on or before Monday, January 19, 2026.

Until the Court rules on the request for extension of time, the Court STAYS the joint statement deadline.

IT IS SO ORDERED.

Dated:   **January 15, 2026**                    /s/ *Erica  P.  Grosjean*

UNITED STATES MAGISTRATE JUDGE

2