# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBIRJON BATUROV BOKHODUROVICH,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | Case No. 1:26-cv-00006-KES-EPG-HC<br><br>FINDINGS AND RECOMMENDATION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. For the reasons stated in the order granting preliminary injunction, the undersigned recommends that the petition for writ of habeas corpus be granted.

## I.

## BACKGROUND

On January 2, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order. (ECF Nos. 1, 2.) On January 8, 2026, the Court granted Petitioner's motion for preliminary injunction and ordered Petitioner released. (ECF No. 13.) The matter was referred to the undersigned "for further proceedings including the preparation of findings and recommendations on the petition or other appropriate action." (Id. at 2.[1]) On February 19, 2026, Respondents filed a response to the petition, and Petitioner filed a reply on March 18, 2026. (ECF Nos. 19, 20.)

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

## II.

## DISCUSSION

The district judge previously ordered Respondents to show cause "as to whether there are any factual or legal issues in this case that render it distinguishable from the Court's prior orders . . . and justify denying the motion, or indicate the matter is not substantively distinguishable." (ECF No. 6.) "As respondents have not identified any factual or legal issues in this case that render it distinguishable from the Court's prior decisions . . . and for the reasons stated in those prior orders," the district judge granted a preliminary injunction and ordered Petitioner's immediate release. (ECF No. 13 at 2.)

The various legal arguments raised by Respondents in the response have been rejected by this Court in granting a preliminary injunction and in other proceedings. Accordingly, for the reasons stated in the order granting preliminary injunction, the undersigned recommends that the petition for writ of habeas corpus be granted.

## III.

## RECOMMENDATION

Based on the foregoing, the undersigned HEREBY RECOMMENDS that the petition for writ of habeas corpus be GRANTED.

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within **FOURTEEN (14) days** after service of the Findings and Recommendation, any party may file written objections, **no longer than fifteen (15) pages, including exhibits**, with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the objections shall be served and filed within fourteen (14) days after service of the objections. The assigned United States District Court Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the

\\\

right to appeal the District Court's order. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **July 27, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE